423 A.2d 1318

Commonwealth v. McElveen, Appellant.

Submitted March 23, 1979. Daniel H. Greene, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.